# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES FABIAN,** <br> Plaintiff, <br> vs. <br> **COLIN LEMAHIEU, ET AL.,** <br> Defendants. | CASE NO. 19-cv-00054-YGR <br><br> **ORDER GRANTING MOTION TO DISMISS** <br> Re: Dkt. No. 33 |

On June 25, 2019, the Court heard oral argument on defendants' motion to plaintiff's complaint, which was fully briefed. (Dkt. Nos. 33, 43, 47.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, the Court **GRANTS** defendants' motion and affords plaintiff leave to amend. (*See* Dkt. No. 53.)

Accordingly, and as noted on the record, plaintiff **SHALL** file any amended complaint by no later than **July 25, 2019**. Defendant's response shall be filed three weeks from the filing of the amended complaint and noticed for a hearing on a thirty-five (35) day schedule. No extensions will be granted.

This Order terminates Docket Number 33.

**IT IS SO ORDERED.**

Dated: July 11, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**