# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 11/18/2019 | **Time:** 2:07pm,-2:49pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-00054-YGR | **Case Name:** Fabian v. Nano f/k/a Raiblocks f/k/a Hieusys LLC | |

**Attorney for Plaintiff:** Donald Enright and Todd Friedman
**Attorney for Defendant:** Peter Fox and Paul Byrne

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

INITIAL CMC- HELD

Plaintiff's Motion for Alternative Service will be filed by 11/27/19.
Defendant's Opposition filed by 12/13/19; Reply filed 12/20/2019.
Hearing on Motion set 1/14/2020 at 2:00 pm

Defense to file Motion re Forum Non Conveniens by 12/23/19.
Plaintiff's Opposition filed 1/15/2020. Reply filed 1/22/2020.
Hearing on Motion set 2/11/2020 at 2:00 pm

Class Certification Motion filed 6/2/2020
Opposition filed 8/17/2020
Reply filed 9/30/2020
Hearing on Class Certification Motion set 10/20/2020 at 2:00 pm

Defense to file by 5/1/2020 Report/Outline re List of Expert Witnesses and Summary of Expert Testimony

Expert Disclosures re Class Certification:
Opening Reports: 6/2/2020
Rebuttals 8/17/2020
Expert Discovery cutoff: 9/30/2020