**SCOOLIDGE PETERS RUSSOTTI & FOX LLP**
Peter Scoolidge (NY 4682100)
peter@sprfllp.com
Peter Fox (NY 4832606)
pfox@sprfllp.com
2 Park Avenue
New York, NY 10016
(212) 729-7708 tel
*Attorneys for Defendants Hieusys, LLC,*
*Colin LeMahieu, Troy Retzer, and Mica Busch*

**ZUCKERMAN SPAEDER LLP**
Shawn Naunton (NY 3958691)
snaunton@zuckerman.com
485 Madison Avenue
New York, NY 10022
(212) 704-9600 tel
*Attorneys for Defendant Zack Shapiro*

**CORNERSTONE LAW GROUP**
Paul J. Byrne (SBN 190860)
pbyrne@cornerlaw.com
351 California St Ste 600
San Francisco CA 94104
(415) 357-2094 tel
(415) 655-8238 fax
*Attorneys for Defendants Hieusys, LLC, Colin*
*LeMahieu, Troy Retzer, Mica Busch, and Zack Shapiro*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FABIAN, individually; and on behalf of All Others Similarly Situated;<br><br>    *Plaintiff*,<br><br>    v.<br><br>NANO f/k/a RAIBLOCKS f/k/a HIEUSYS, LLC; COLIN LEMAHIEU; MICA BUSCH; ZACK SHAPIRO; TROY RETZER; BG SERVICES, S.R.L. f/k/a BITGRAIL S.R.L. f/k/a WEBCOIN SOLUTIONS; AND FRANCESCO "THE BOMBER" FIRANO,<br><br>    *Defendants*. | Case Number: 4:19-cv-54-YGR<br><br>**DECLARATION OF WILLIAM BELMONT** |

I, William Belmont, hereby declare as follows:

1.    I am a private investigator licensed by New York State, as well as an attorney licensed to practice law in New York State.

2.    I was engaged by the Defendants in this matter to perform an asset search for the following individuals or entities:  BG Services, S.R.L.; Webcoin Solutions; and Francesco Firano.

3.    I limited the search to assets located in the United States per the instructions I received from Defendants' counsel.

4.    The details of my search and my conclusions are attached hereto in a memorandum labeled Exhibit 1.

5.    I declare under penalty of perjury that the foregoing is true and correct. Further, I certify that I am qualified and authorized to file this Declaration.

Dated: December 23, 2019
       New York, New York

_____
William Belmont

# Exhibit 1

**MEMORANDUM**

**TO**:          Peter Scoolidge, Esq

**FROM**:      The Belmont Group

**DATE**:      December 20, 2019

**RE**:          Efforts to identify assets or other connections to the United States held by Webcoin Solutions; Di Francesco Firano, a/k/a Francesco Firano; BG Services – Society a Responsabilità Limitata (Formerly Bitgrail S.R.L.): Preliminary Findings

---

Other corporate record information

Third-party data providers, such as *Dun & Bradstreet*, expressly identified any matching records about BC Services / Bitgrail, Webcoin Solutions or referencing Francesco Firano as "non-US" in nature. Other records referred to Bitgrail as an "Italian digital asset exchange."[1] The GoDaddy-hosted domain registry for bitgrail.com is anonymous, leaving undisclosed the country in which it is operated.[2]

Litigation

A review of 58 instances where Firano or his companies were referenced in federal civil litigation filed in the United States only identified Italian registered addresses for Firano, Bitgrail or Webcoin Services. These references were contained in three civil actions: one brought by James Fabian in the Northern District of California against Firano and others (case number 4:19-cv-00054-YGR, filed on January 3, 2019); another brought by Nano Foundation Ltd. and Colin LeMahieu against David C. Silver in the Central District of California (case number 2:19-cv-04237) on May 15, 2019, to which neither Firano or his companies were parties; and in Alex Brola v. Nano, a civil case in U.S. District Court for the Eastern District of New York (case number 1:18-cv-02049-NG-RML, filed on April 6, 2018) where a letter referred to "an account on the BitGrail exchange in Italy," while other correspondence in this action notes that BitGrail and Firano were involved in bankruptcy and other proceedings in Florence, Italy. In instances where the location of the cryptocurrency exchange or Firano was referenced, as described above,

---

[1] Exhibit 99.1 to draft registration statement (DRS/A- amended), filed by Grayscale Bitcoin Trust with the U.S, Securities and Exchange Commission on December 6, 2018. Accessible here: https://www.sec.gov/Archives/edgar/data/1588489/000095012318012267/filename2.htm

[2]

https://www.godaddy.com/whois/results.aspx?domain=bitgrail.com&recaptchaResponse=03AOLTBLRv3bzfBAyvx-za1KBO783-h-G1NzYKON0SpD4BS1rHc7PsXV1skVh34CO64Nj-ecYztE8IsFz8K2Wf5iXWpzq58h4OPncwGQdePn_ZhyuxOf7qvnqIxNMmVPP1sypB3vXxBiwWdhq3hSTR37d-0-jyIXBy4qLifPGqzFPF_mMhPlHwPnN8ZFrlBnIrFCuTVh-FXCIZSiF8Mj000uj9iCusQpW6bzZN8vFFxA_FADnnPTlwjxkaMfp0VIdNl0boN_yShk1MYNZOzbJ8tjS5kNB4vovU903_e pCMtSAcrKTDJICK9qICzb1tsnxL7uirnqvuX62wqdGzTn3inmWXSUBOeOu-nU1YhF6Qlxi6h2gBv5tBJ0WGd1Mu3j8WhU0i5nr-X9b7jYdD57htK-PfK5m2a4jY5_TqiHpnNieMYRi-zTL1xE2Z7MFd-em1QdedVf7o3hyVp0_u20yLIxKTNQFKZLvddBRTzqexaeJCESyJQtkYPGa9pDsYvRmtPfMrwms8zpuqAv-rkYYShr6vb2tkdXi5TqR4wf8qVAFCQgvNwFHExysAPnlXns6lYoZqODAnFYsiK7nRBwLI-WJRYwtK3fyfpw

each was described as being solely located within Italy. In two other actions, experts or attorney made references to one of the civil cases noted above, each time also referring – as the underlying case had – to BitGrail as an "Italian cryptocurrency exchange." Please note that in the Fabian action – the only one in which Firano and his companies were named defendants – each was issued a summons addressed to locations in Italy.

## Other information

The GoDaddy-hosted domain registry for bitgrail.com is anonymous, leaving undisclosed the country in which it is operated.[3]

## Public records

We did not find any indication of Webcoin Solutions; Di Francesco Firano, a/k/a Francesco Firano; BG Services – Society a Responsabilità Limitata (Formerly Bitgrail S.R.L.) having any of the following in the United States.

- No real property;
- No Uniform Commercial Code filings;
- No corporate registrations
- No stock ownership
- No bankruptcies
- No judgments
- No liens were identified naming any of the parties listed above via a search of databases that encompass multiple states and counties,

---

[3] https://www.godaddy.com/whois/results.aspx?domain=bitgrail.com&recaptchaResponse=03AOLTBLRv3bzfBAyvx-za1KBO783-h-G1NzYKON0SpD4BS1rHc7PsXV1skVh34CO64Nj-ecYztE8IsFz8K2Wf5iXWpzq58h4OPncwGQdePn_ZhyuxOf7qvnqIxNMmVPP1sypB3vXxBiwWdhq3hSTR37d-0-jyIXBy4qLifPGqzFPF_mMhPlHwPnN8ZFrlBnIrFCuTVh-FXCIZSiF8Mj000uj9iCusQpW6bzZN8vFFxA_FADnnPTlwjxkaMfp0VIdNl0boN_yShk1MYNZOzbJ8tjS5kNB4vovU903_epCMtSAcrKTDJICK9qICzb1tsnxL7uirnqvuX62wqdGzTn3inmWXSUBOeOu-nU1YhF6Qlxi6h2gBv5tBJ0WGd1Mu3j8WhU0i5nr-X9b7jYdD57htK-PfK5m2a4jY5_TqiHpnNieMYRi-zTL1xE2Z7MFd-em1QdedVf7o3hyVp0_u20yLIxKTNQFKZLvddBRTzqexaeJCESyJQtkYPGa9pDsYvRmtPfMrwms8zpuqAv-rkYYShr6vb2tkdXi5TqR4wf8qVAFCQgvNwFHExysAPnlXns6lYoZqODAnFYsiK7nRBwLl-WJRYwtK3fyfpw