**SCOOLIDGE PETERS RUSSOTTI & FOX LLP**
Peter Scoolidge (NY 4682100)
peter@sprfllp.com
Peter Fox (NY 4832606)
pfox@sprfllp.com
2 Park Avenue
New York, NY 10016
(212) 729-7708 tel
*Attorneys for Defendants Hieusys, LLC,*
*Colin LeMahieu, Troy Retzer, and Mica Busch*

**ZUCKERMAN SPAEDER LLP**
Shawn Naunton (NY 3958691)
snaunton@zuckerman.com
485 Madison Avenue
New York, NY 10022
(212) 704-9600 tel
*Attorneys for Defendant Zack Shapiro*

**CORNERSTONE LAW GROUP**
Paul J. Byrne (SBN 190860)
pbyrne@cornerlaw.com
351 California St Ste 600
San Francisco CA 94104
(415) 357-2094 tel
(415) 655-8238 fax
*Attorneys for Defendants Hieusys, LLC, Colin*
*LeMahieu, Troy Retzer, Mica Busch, and Zack Shapiro*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FABIAN, individually; and on behalf of All Others Similarly Situated; <br><br> *Plaintiff*, <br><br> v. <br><br> NANO f/k/a RAIBLOCKS f/k/a HIEUSYS, LLC; COLIN LEMAHIEU; MICA BUSCH; ZACK SHAPIRO; TROY RETZER; BG SERVICES, S.R.L. f/k/a BITGRAIL S.R.L. f/k/a WEBCOIN SOLUTIONS; AND FRANCESCO "THE BOMBER" FIRANO, <br><br> *Defendants*. | Case Number: 4:19-cv-54-YGR <br><br> **DECLARATION OF** <br> **PETER SCOOLIDGE** |

**DECLARATION OF PETER SCOOLIDGE**

I, Peter Scoolidge, hereby declare as follows:

1.      I represent Defendants Colin LeMahieu, Hieusys, LLC, Troy Retzer, and Mica Busch in the above-captioned matter and I am licensed to practice law in New York and Washington, D.C.

2.      I anticipate a need to gather substantial evidence in Italy in order to defend my client in this matter, including but not limited to testimony from the following witnesses residing in Italy:  (1) Paolo Del Chacco; (2) Francesco Firano; (3) Andrea Davoli; (4) Italian software developers who worked on the BitGrail platform, including Anthony Gozzini and Marta Muto; (5) Sandro Cutingelli; (6) Fabio Di Vizio; (7) Firano's expert witness; (8) the bankruptcy creditors' expert witness; (9) the Public Prosecutor's expert witness; and (10) a representative of The Rock Trading, S.R.L.  Regarding categories of documents and things located in Italy, I anticipate a need to get discovery of, at least: (1) all BitGrail corporate books and records; (2) Mr. Firano's and Mr. Davoli's personal computers and devices; (3) the servers and other computers used to host, develop, and or operate the BitGrail platform and Mr. Firano's Nano node; (4) expert witness reports filed in the bankruptcy proceedings and materials used to generate those reports; (5) investigatory materials generated by the Public Prosecutor's office related to the criminal liability of Mr. Firano; and (6) records from ISPs and other relevant organizations related to Mr. Firano's web-browsing, phone, and text message activity.

3.      I declare under penalty of perjury that the foregoing is true and correct.  Further, I certify that I am qualified and authorized to file this Declaration.

Dated: December 23, 2019
    New York, NY

/s/ *Peter Scoolidge*
Peter Scoolidge
Scoolidge Peters Russotti & Fox, LLP
2 Park Avenue, 19th Floor
New York, NY 10016
(212) 729-7708
peter@sprfllp.com