**SCOOLIDGE PETERS RUSSOTTI & FOX LLP**
Peter Scoolidge (NY 4682100)
peter@sprfllp.com
Peter Fox (NY 4832606)
pfox@sprfllp.com
2 Park Avenue
New York, NY 10016
(212) 729-7708 tel
*Attorneys for Defendants Hieusys, LLC,*
*Colin LeMahieu, Troy Retzer, and Mica Busch*

**ZUCKERMAN SPAEDER LLP**
Shawn Naunton (NY 3958691)
snaunton@zuckerman.com
485 Madison Avenue
New York, NY 10022
(212) 704-9600 tel
*Attorneys for Defendant Zack Shapiro*

**CORNERSTONE LAW GROUP**
Paul J. Byrne (SBN 190860)
pbyrne@cornerlaw.com
351 California St Ste 600
San Francisco CA 94104
(415) 357-2094 tel
(415) 655-8238 fax
*Attorneys for Defendants Hieusys, LLC, Colin*
*LeMahieu, Troy Retzer, Mica Busch, and Zack Shapiro*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FABIAN, individually; and on behalf of All Others Similarly Situated;<br><br>    *Plaintiff*,<br><br>    v.<br><br>NANO f/k/a RAIBLOCKS f/k/a HIEUSYS, LLC; COLIN LEMAHIEU; MICA BUSCH; ZACK SHAPIRO; TROY RETZER; BG SERVICES, S.R.L. f/k/a BITGRAIL S.R.L. f/k/a WEBCOIN SOLUTIONS; AND FRANCESCO "THE BOMBER" FIRANO,<br><br>    *Defendants*. | Case Number: 4:19-cv-54-YGR<br><br>**DECLARATION OF JASMINE WEG** |

---

**DECLARATION OF JASMINE WEG**

I, Jasmine Weg, hereby declare as follows:

1. I am an attorney at the law firm of Scoolidge Peters Russotti & Fox, LLP.

2. My firm represents Defendants Hieusys, LLC, Colin LeMahieu, Troy Retzer and Mica Busch in this action.

3. In conducting research for the above-named Defendants' Motion to Dismiss the Plaintiff's First Amended Complaint for Forum Non Conveniens, I reviewed the most recent edition of the Federal Court Management Statistics for U.S. District Courts, published in September 2019, to conduct an analysis of the congestion at present in the Northern District of California. See the United States District Courts – National Judicial Caseload Profile at 66, annexed hereto as Exhibit 1.

4. In performing said research, I reviewed where the Northern District of California ranks in comparison to other U.S. districts in the country on the following factors: number of civil filings, number of cases pending per judge and the median time from filing to trial in civil cases.

5. Based on my research, I found that the Northern District of California ranks at number 13 among U.S. district courts for the number of civil filings; it ranks as number 11 for the number of pending cases among U.S. district courts; and the median time from filing to trial for civil cases in the Northern District of California is 22.8 months.

6. Further, in conducting research for the aforementioned motion, I conducted a price comparison analysis for flights from Madrid, Spain to San Francisco, California and flights from Madrid to Rome, Italy and from Zagreb, Croatia to Rome. I reviewed pricing for round-trip flights between these cities during the first week of February, approximately one month from now and used the Google Flights tool which sources pricing for air travel from various airlines to highlight the most affordable available tickets.

7. Based on my analysis of flight pricing, the cheapest roundtrip flight between Madrid and San Francisco was nearly $500 more than the cheapest roundtrip flight between Madrid and Rome and it was over $350 more than the cheapest roundtrip flight between Zagreb and Rome.

8.      Specifically, the cheapest roundtrip flight between Madrid and San Francisco next month was $551, the cheapest roundtrip flight between Madrid and Rome was $65 and the cheapest roundtrip flight between Zagreb and Rome was $187. See Exhibit 2 annexed hereto illustrating the pricing for these flights.

Dated: December 23, 2019
       New York, NY

/s/ *Jasmine Weg*_____
Scoolidge Peters Russotti & Fox, LLP
2 Park Avenue, 19th Floor
New York, NY 10016
(212) 729-7708
jasmine@sprfllp.com