**SCOOLIDGE PETERS RUSSOTTI & FOX LLP**
Peter Scoolidge (NY 4682100)
peter@sprfllp.com
Peter Fox (NY 4832606)
pfox@sprfllp.com
2 Park Avenue
New York, NY 10016
(212) 729-7708 tel
*Attorneys for Defendants Hieusys, LLC,*
*Colin LeMahieu, Troy Retzer, and Mica Busch*

**ZUCKERMAN SPAEDER LLP**
Shawn Naunton (NY 3958691)
snaunton@zuckerman.com
485 Madison Avenue
New York, NY 10022
(212) 704-9600 tel
*Attorneys for Defendant Zack Shapiro*

**CORNERSTONE LAW GROUP**
Paul J. Byrne (SBN 190860)
pbyrne@cornerlaw.com
351 California St Ste 600
San Francisco CA 94104
(415) 357-2094 tel
(415) 655-8238 fax
*Attorneys for Defendants Hieusys, LLC, Colin*
*LeMahieu, Troy Retzer, Mica Busch, and Zack Shapiro*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FABIAN, individually; and on behalf of All Others Similarly Situated; <br><br> *Plaintiff*, <br><br> v. <br><br> NANO f/k/a RAIBLOCKS f/k/a HIEUSYS, LLC; COLIN LEMAHIEU; MICA BUSCH; ZACK SHAPIRO; TROY RETZER; BG SERVICES, S.R.L. f/k/a BITGRAIL S.R.L. f/k/a WEBCOIN SOLUTIONS; AND FRANCESCO "THE BOMBER" FIRANO, <br><br> *Defendants*. | Case Number: 4:19-cv-54-YGR <br><br> **DECLARATION OF** <br> **COLIN LEMAHIEU** |

I, Colin LeMahieu, hereby declare as follows:

1.    I am a defendant in the above-captioned matter and I am over the age of 18.

2.    I am currently preparing to file for residence in the Netherlands, and in 2019 I spent about 10 months in Europe in the following countries:  Croatia, UK, Ukraine, Ireland, France, Portugal, Germany, Spain, France, and Greece.

3.    I hereby irrevocably consent to the jurisdiction of the courts of Italy for the purpose of any action brought against me as a defendant based on the allegations in Mr. James Fabian's First Amended Complaint in this matter.

4.    Travelling to Italy for the purpose of defending a lawsuit is more convenient to me than travelling to California.

5.    I was the sole member of the Hieusys, LLC entity, a Texas limited liability company that I organized in 2011 but never capitalized.  The entity is currently not active due to a lapse in filing papers required by Texas and owns no assets.  The entity never did business under the names Nano or Raiblocks.

6.    I hereby irrevocably consent to the jurisdiction of the courts of Italy for the purpose of any action brought against me as a defendant based on the allegations in Mr. James Fabian's First Amended Complaint in this matter, as modified by the Court's Order dismissing that Complaint in part.  Further, I hereby waive any objections to recognition and enforcement of an Italian judgment outside of Italy, as well as any statute of limitations defenses for the negligence, fraud, and negligent misrepresentation claims (but not any other claims) as against Mr. Fabian.

7.    On my behalf and on behalf of Hieusys, LLC, I plan to file claims in the Italian bankruptcy case based on rights to indemnification and contribution for having to defend this action, and any moneys I or Hieusys, LLC will have to pay, and I additionally plan to join the criminal proceeding against Mr. Firano as a civil party.

8.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Further, I certify that I am qualified and authorized to file this Declaration.

DocuSign Envelope ID: F44CCB78-7EA1-454C-B84C-A92AF2E862DC

Dated: December 23, 2019
Buenos Aires, Argentina

DocuSigned by:

*Colin LeMahieu*

BE7130C4518D403...

Colin LeMahieu for Hieusys, LLC

DocuSign Envelope ID: F44CCB78-7EA1-454C-B84C-A92AF2E862DC

Dated: December 23, 2019
       Buenos Aires, Argentina

DocuSigned by:

*Colin LeMahieu*

BE7130C4518D403...

Colin LeMahieu