**SCOOLIDGE PETERS RUSSOTTI & FOX LLP**
Peter Scoolidge (NY 4682100)
peter@sprfllp.com
Peter Fox (NY 4832606)
pfox@sprfllp.com
2 Park Avenue
New York, NY 10016
(212) 729-7708 tel
*Attorneys for Defendants Hieusys, LLC,*
*Colin LeMahieu, Troy Retzer, and Mica Busch*

**ZUCKERMAN SPAEDER LLP**
Shawn Naunton (NY 3958691)
snaunton@zuckerman.com
485 Madison Avenue
New York, NY 10022
(212) 704-9600 tel
*Attorneys for Defendant Zack Shapiro*

**CORNERSTONE LAW GROUP**
Paul J. Byrne (SBN 190860)
pbyrne@cornerlaw.com
351 California St Ste 600
San Francisco CA 94104
(415) 357-2094 tel
(415) 655-8238 fax
*Attorneys for Defendants Hieusys, LLC, Colin*
*LeMahieu, Troy Retzer, Mica Busch, and Zack Shapiro*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FABIAN, individually; and on behalf of All Others Similarly Situated;<br><br>    *Plaintiff*,<br><br>    v.<br><br>NANO f/k/a RAIBLOCKS f/k/a HIEUSYS, LLC; COLIN LEMAHIEU; MICA BUSCH; ZACK SHAPIRO; TROY RETZER; BG SERVICES, S.R.L. f/k/a BITGRAIL S.R.L. f/k/a WEBCOIN SOLUTIONS; AND FRANCESCO "THE BOMBER" FIRANO,<br><br>    *Defendants*. | Case Number: 4:19-cv-54-YGR<br><br>**DECLARATION OF TROY RETZER** |

**DECLARATION OF TROY RETZER**

I, Troy Retzer, hereby declare as follows:

1.      I am a defendant in the above-captioned matter and I am over the age of 18.

2.      I currently reside in Boston, Massachusetts.  Travelling to Italy for the purpose of defending a lawsuit is more convenient to me than travelling to California.

3.      I hereby irrevocably consent to the jurisdiction of the courts of Italy for the purpose of any action brought against me as a defendant based on the allegations in Mr. James Fabian's First Amended Complaint in this matter, as modified by the Court's Order dismissing that Complaint in part.  Further, I hereby waive any objections to recognition and enforcement of an Italian judgment outside of Italy, as well as any statute of limitations defenses for the negligence, fraud, and negligent misrepresentation claims (but not any other claims) as against Mr. Fabian.

4.      I declare under penalty of perjury that the foregoing is true and correct.  Further, I certify that I am qualified and authorized to file this Declaration.

Dated: December 23, 2019
        Boston Massachusetts

Troy Retzer