**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMES FABIAN**, <br><br> Plaintiff, <br><br> v. <br><br> **COLIN LEMAHIEU, ET. AL.**, <br><br> Defendants. | Case No.: 4:19-cv-00054-YGR <br><br> **ORDER: (1) GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE NEW EVIDENCE; (2) GRANTING MOTION FOR LEAVE TO FILE MOTION TO COMPEL DISCOVERY** <br><br> Re. Dkt. Nos. 106, 107 |

The Court has received defendants' administrative motion for leave to file new evidence (Dkt. No. 106), as well as plaintiff James Fabian's motion for leave to file a motion to compel discovery. (Dkt. No. 107.) Fabian opposes defendants' administrative motion for leave to file new evidence. (Dkt. No. 108.) Defendants did not file a response to Fabian's motion for leave to file a motion to compel discovery.

Having reviewed the briefing, and for the good cause shown therein, the Court: (1) **GRANTS** the administrative motion for leave to file new evidence; and (2) **GRANTS** the motion for leave to file a motion to compel discovery. In light of the granting of the motion for leave to file new evidence, the Court **PERMITS** Fabian to file a response to the evidence submitted by defendants. Such a response shall be filed within one week of the date of this Order, and shall be limited to five (5) pages.

This Order terminates Docket Numbers 106 and 107.

**IT IS SO ORDERED**.

Dated: May 4, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**