UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES FABIAN**, <br> Plaintiff, <br> v. <br> **COLIN LEMAHIEU, ET AL.**, <br> Defendants. | Case No. 4:19-cv-00054-YGR <br><br> **ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION FOR RELIEF FOR A CONTINUANCE TO DEADLINES; REVISED PRETRIAL ORDER** <br><br> Re: Dkt. No. 109 |

The Court has reviewed plaintiff James Fabian's administrative motion for relief for a continuance to deadlines. (Dkt. No. 109.) The defendants oppose the administrative motion. (Dkt. No. 112.) In light of the ongoing coronavirus disease (COVID-19) pandemic, the Court **GRANTS IN PART** the administrative motion for a continuance, and continues the prior dates by approximately sixty (60) days. The Court **HEREBY REVISES** the pretrial dates as follows:

## REVISED PRETRIAL SCHEDULE

| | |
|---|---|
| PLAINTIFF[1] TO FILE REPORT/OUTLINE OF A LIST OF EXPERT WITNESSES AND SUMMARY OF EXPERT TESTIMONY BY: | Wednesday, July 1, 2020. |
| MOTION FOR CLASS CERTIFICATION FILED BY: | Tuesday, August 4, 2020 |
| OPPOSITION TO CLASS CERTIFICATION FILED BY: | Tuesday, October 20, 2020 |
| REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION FILED BY: | Tuesday, December 1, 2020 |
| HEARING ON CLASS CERTIFICATION MOTION: | Tuesday, January 12, 2021 |
| EXPERT DISCLOSURES FOR CLASS CERTIFICATION OPENING REPORTS FILED BY: | Tuesday, August 4, 2020 |

---

[1] The Court notes that a typographical error in the minutes from the November 18, 2019 hearing indicated that it was defendants who were to file such information by May 1, 2020. (*See* Dkt. No. 81.) The transcript from the hearing makes clear that it is Fabian who is to file such information. (*See* Dkt. No. 100 at 26-27.)

| | |
|---|---|
| REBUTTALS FILED BY: | Tuesday, October 20, 2020 |
| EXPERT DISCOVERY CUTOFF DATE: | Tuesday, December 1, 2020 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

This Order terminates Docket Number 109.

**IT IS SO ORDERED.**

Dated: May 15, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**