UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES FABIAN**, <br><br> Plaintiff, <br><br> v. <br><br> **COLIN LEMAHIEU, ET AL.**, <br><br> Defendants. | Case No.  4:19-cv-00054-YGR <br><br> **ORDER REFERRING DISCOVERY MATTERS TO A MAGISTRATE JUDGE** <br><br><br> Re: Dkt. Nos. 114, 117 |

The Court has received and reviewed plaintiff James Fabian's motion to compel third party discovery, and the parties' joint discovery letter brief regarding a discovery dispute as to the scope of the attorney-client privilege.  (Dkt. Nos. 114, 117.)  Pursuant to Local Rule 72-1 this matter is **REFERRED** to a  Magistrate Judge for all discovery matters, including the pending motion to compel and the joint discovery letter brief.

The Magistrate Judge to whom the matter is assigned will advise the parties of how the matter will proceed.  The Magistrate Judge may issue a ruling, order additional briefing, or set a telephone conference or a hearing.  Hereafter, all further discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures.  The parties shall contact the courtroom deputy of the assigned Magistrate Judge for information about those procedures.  Information may also be available on the Court's website.

**IT IS SO ORDERED.**

Dated: May 27, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

**CC: MAGREF EMAIL**

United States District Court
Northern District of California