UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FABIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLIN LEMAHIEU, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-00054-YGR   (SK)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Sallie Kim for discovery. The parties must comply with the Standing Order for Magistrate Judge Kim, which is available on the Court's website at http://www.cand.uscourts.gov/sk.

The Court will consider the joint discovery letter brief submitted as Docket 117 as currently briefed. The motion to compel submitted as Docket 114 will be heard on June 22, 2020, at 9:30 am, with the briefing schedule set by the Local Rules.

For future discovery disputes the parties are advised that the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred.

Please contact the Courtroom Deputy Clerk Melinda Lock at (415) 522-4158 with any questions.

**IT IS SO ORDERED**.

Dated: May 29, 2020

_____
SALLIE KIM
United States Magistrate Judge