UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEC OTTO,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**COLIN LEMAHIEU, ET AL.,**<br><br>　　　　　Defendants. | Case No.  4:19-cv-00054-YGR<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO MODIFY BRIEFING AND HEARING SCHEDULE ON NANO DEFENDANTS' MOTION TO STRIKE**<br><br>Re: Dkt. No. 181 |

　　　　Before the Court is plaintiff Alec Otto's administrative motion to modify the briefing and hearing schedule on the Nano Defendants' pending motion to strike.  (Dkt. No. 181.)  The administrative motion is opposed by the Nano Defendants.  (Dkt. No. 183.)  Having carefully considered the arguments in the administrative motion and in the opposition to the administrative motion, the Court **DENIES** the administrative motion.  The Court intends to hear the motion to strike on its noticed date of April 27, 2021 barring any eleventh-hour scheduling conflicts or the Court's decision that the motion is suitable for a determination on the papers.

　　　　This Order terminates Docket Number 181.

　　　　**IT IS SO ORDERED.**

Dated: March 18, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE